Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Brandon Lee Fulmer
Amanda Jean Fulmer
aka Amanda J Hall**
    Debtor(s)

Bankruptcy Case No.: 15–10492–TPA
Related to Docket No. 44
Chapter: 13
Docket No.: 45 – 44
Concil. Conf.: January 9, 2018 at 02:30 PM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 4, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 18, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 9, 2018** at **02:30 PM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 19, 2017

cm: All Creditors and Parties In Interest

*Thomas P. Agresti, Judge*
*United States Bankruptcy Court*

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 15-10492-TPA
Brandon Lee Fulmer                                                      Chapter 13
Amanda Jean Fulmer
         Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0315-1           User: lmar                   Page 1 of 2                  Date Rcvd: Oct 19, 2017
                               Form ID: 213                 Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db/jdb         +Brandon Lee Fulmer,    Amanda Jean Fulmer,    148 Falls Road,    Cochranton, PA 16314-9600
14039163       +Aes / Brazos / Us Bank,    PO Box 61047,    Harrisburg, PA 17106-1047
14039175      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Fia Csna,     Po Box 982235,    El Paso, TX 79998)
14039164       +Bank of America,    Attn: Correspondence Unit,    CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
14039165       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14093180       +Cavalry SPV I, LLC,    Assignee of Capital One Bank USA, N.A.,    Bass & Associates, P.C.,
                 3936 E Ft. Lowell Road Suite #200,    Tucson, AZ 85712-1083
14039166       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14039167       +Claims Recovery Systems,    6 East Main Street,    PO Box 703,    Carnegie, PA 15106-0703
14039168       +Comenity Bank / Peebles,    Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14039169       +Comenity Bank / Victoria’s Secret,    Po Box 182789,    Columbus, OH 43218-2789
14039170       +Community Bank Na,    Attn: Bankruptcy,    Po Box 509,    Canton, NY 13617-0509
14039174       +Erie Community Credit Union,    1129 State Street,    Erie, PA 16501-1911
14039177       +First National Bank Of Pa,    3320 East State Street,    Hermitage, PA 16148-3399
14060640       +First National Bank of Pa.,    4140 East State St.,    Hermitage, PA 16148-3401
14052821       +Lakeview Loan Servicing, LLC,    M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
14077036        M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
14039180        M&t Credit Services LLC,    1100 Worley Drive,    Consumer Asset Management,    2nd Floor,
                 Williamsville, NY 14221
14083398        Navient Solutions Inc.,    Department of Education Loan Services,    Po Box 9635,
                 Wilkes-Barre PA. 18773-9635
14049545       +PA Liberty St Emerg Phys, LLC,    PO Box 37996,    Philadelphia PA 19101-0596
14042781       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14039182       +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
14039183       +Sears / Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
14039185       +University Of Pittsburgh,    127 Thackeray Hall,    Pittsburgh, PA 15213-2519
14039186       +Windstream Communications,    Attn: Alice Peace,    2 North Main Street,
                 Greenville, SC 29601-4874

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14097233       +E-mail/Text: bankruptcy@cavps.com Oct 20 2017 01:26:42     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14039171       +E-mail/PDF: pa_dc_ed@navient.com Oct 20 2017 01:28:57      Department Of Education / Navient,
                 Po Box 9635,    Wilkes Barre, PA 18773-9635
14079246        E-mail/Text: mrdiscen@discover.com Oct 20 2017 01:26:07     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14039172       +E-mail/Text: mrdiscen@discover.com Oct 20 2017 01:26:07     Discover Bank,    DFS Services LLC,
                 PO Box 3025,    New Albany, OH 43054-3025
14039173       +E-mail/Text: dplbk@discover.com Oct 20 2017 01:26:45     Discover Personal Loan,
                 Attention: Bankruptcy,    Po Box 30954,    Salt Lake City, UT 84130-0954
14039176       +E-mail/Text: bankruptcynotice@fcbanking.com Oct 20 2017 01:26:08      First Commonwealth Bank,
                 601 Philadelphia Street,    Indiana, PA 15701-3952
14039178       +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 01:29:13
                 GE Capital Retail Bank / Care Credit,    Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
14067530        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 20 2017 01:29:00
                 LVNV Funding, LLC its successors and assigns as,    assignee of HSBC Bank Nevada, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14039179        E-mail/Text: camanagement@mtb.com Oct 20 2017 01:26:13     M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Drive,    2nd Floor,    Williamsville, NY 14221
14039181       +E-mail/Text: mwetherbee@mmchs.org Oct 20 2017 01:26:43     Meadville Medical Center,
                 1034 Grove Street,    Meadville, PA 16335-2945
14381450        E-mail/Text: peritus@ebn.phinsolutions.com Oct 20 2017 01:27:05
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
14075506        E-mail/Text: bnc-quantum@quantum3group.com Oct 20 2017 01:26:15
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14039184       +E-mail/Text: bankruptcy@sw-credit.com Oct 20 2017 01:26:29     Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
cr*             PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    IRVING, TX   75014-1419
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-1          User: lmar                 Page 2 of 2              Date Rcvd: Oct 19, 2017
                              Form ID: 213               Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2017 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel P. Foster    on behalf of Joint Debtor Amanda Jean Fulmer dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Brandon Lee Fulmer dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```