**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 15-10492-TPA |
| | : | |
| **Brandon Lee Fulmer and** | : | CHAPTER 13 |
| Amanda Jean Fulmer, | : | |
| Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| Amanda Jean Fulmer, | : | |
| Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| Crawford Central School District, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: December 6, 2017     By: /s/ Clarissa Bayhurst
                                  CLARISSA BAYHURST, PARALEGAL
                                  FOSTER LAW OFFICES
                                  Po Box 966
                                  Meadville, PA 16335
                                  Tel 814.724.1165
                                  Fax 814.724.1158

*Parties served by the court electronically were not served by regular mail

## MATRIX

**CRAWFORD CENTRAL SCHOOL DISTRICT**
**11280 MERCER PIKE**
**MEADVILLE PA 16335**