Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Brandon Lee Fulmer** | : | Case No. 15−10492−TPA |
| **Amanda Jean Fulmer** | : | Chapter: 13 |
| **aka Amanda J Hall** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 5th of December, 2017,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 15-10492-TPA
Brandon Lee Fulmer                                                            Chapter 13
Amanda Jean Fulmer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: jmar              Page 1 of 2              Date Rcvd: Dec 05, 2017
                            Form ID: 309            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2017.
```
db/jdb         +Brandon Lee Fulmer,   Amanda Jean Fulmer,   148 Falls Road,   Cochranton, PA 16314-9600
14039163       +Aes / Brazos / Us Bank,   PO Box 61047,   Harrisburg, PA 17106-1047
14093180       +Cavalry SPV I, LLC,   Assignee of Capital One Bank USA, N.A.,   Bass & Associates, P.C.,
                 3936 E Ft. Lowell Road Suite #200,   Tucson, AZ 85712-1083
14039167       +Claims Recovery Systems,   6 East Main Street,   PO Box 703,   Carnegie, PA 15106-0703
14039170       +Community Bank Na,   Attn: Bankruptcy,   Po Box 509,   Canton, NY 13617-0509
14039174       +Erie Community Credit Union,   1129 State Street,   Erie, PA 16501-1911
14039177       +First National Bank Of Pa,   3320 East State Street,   Hermitage, PA 16148-3399
14060640       +First National Bank of Pa.,   4140 East State St.,   Hermitage, PA 16148-3401
14052821       +Lakeview Loan Servicing, LLC,   M&T BANK,   PO BOX 1288,   Buffalo, NY 14240-1288
14077036        M&T BANK,   PO BOX 1508,   BUFFALO, NY 14240-1508
14039180        M&t Credit Services LLC,   1100 Worley Drive,   Consumer Asset Management,   2nd Floor,
                 Williamsville, NY 14221
14083398        Navient Solutions Inc.,   Department of Education Loan Services,   Po Box 9635,
                 Wilkes-Barre PA. 18773-9635
14049545       +PA Liberty St Emerg Phys, LLC,   PO Box 37996,   Philadelphia PA 19101-0596
14042781       +PNC BANK, N.A.,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
14039182       +Pnc Bank, N.a.,   PO Box 3180,   Pittsburgh, PA 15230-3180
14039185       +University Of Pittsburgh,   127 Thackeray Hall,   Pittsburgh, PA 15213-2519
14039186       +Windstream Communications,   Attn: Alice Peace,   2 North Main Street,
                 Greenville, SC 29601-4874
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14039175        EDI: BANKAMER.COM Dec 06 2017 01:48:00     Fia Csna,   Po Box 982235,   El Paso, TX 79998
14039164       +EDI: BANKAMER.COM Dec 06 2017 01:48:00     Bank of America,   Attn: Correspondence Unit,
                 CA6-919-02-41,   PO Box 5170,   Simi Valley, CA 93062-5170
14039165       +EDI: CAPITALONE.COM Dec 06 2017 01:48:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
14097233       +E-mail/Text: bankruptcy@cavps.com Dec 06 2017 01:59:54     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
14039166       +EDI: CHASE.COM Dec 06 2017 01:48:00     Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14039168       +EDI: WFNNB.COM Dec 06 2017 01:48:00     Comenity Bank / Peebles,   Attention: Bankruptcy,
                 Po Box 182125,   Columbus, OH 43218-2125
14039169       +EDI: WFNNB.COM Dec 06 2017 01:48:00     Comenity Bank / Victoria's Secret,   Po Box 182789,
                 Columbus, OH 43218-2789
14039171       +EDI: NAVIENTFKASMDOE.COM Dec 06 2017 01:49:00     Department Of Education / Navient,
                 Po Box 9635,   Wilkes Barre, PA 18773-9635
14079246        EDI: DISCOVER.COM Dec 06 2017 01:48:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
14039172       +EDI: DISCOVER.COM Dec 06 2017 01:48:00     Discover Bank,   DFS Services LLC,   PO Box 3025,
                 New Albany, OH 43054-3025
14039173       +EDI: DISCOVERPL Dec 06 2017 01:48:00     Discover Personal Loan,   Attention: Bankruptcy,
                 Po Box 30954,   Salt Lake City, UT 84130-0954
14039173       +E-mail/Text: dplbk@discover.com Dec 06 2017 01:59:59     Discover Personal Loan,
                 Attention: Bankruptcy,   Po Box 30954,   Salt Lake City, UT 84130-0954
14039176       +E-mail/Text: bankruptcynotice@fcbanking.com Dec 06 2017 01:59:08     First Commonwealth Bank,
                 601 Philadelphia Street,   Indiana, PA 15701-3952
14039178       +EDI: RMSC.COM Dec 06 2017 01:48:00     GE Capital Retail Bank / Care Credit,   Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
14067530        EDI: RESURGENT.COM Dec 06 2017 01:48:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of HSBC Bank Nevada, N.A.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14039179        E-mail/Text: camanagement@mtb.com Dec 06 2017 01:59:15     M & T Bank,   Attn: Bankruptcy,
                 1100 Wehrle Drive,   2nd Floor,   Williamsville, NY 14221
14039181       +E-mail/Text: mwetherbee@mmchs.org Dec 06 2017 01:59:56     Meadville Medical Center,
                 1034 Grove Street,   Meadville, PA 16335-2945
14381450        E-mail/Text: peritus@ebn.phinsolutions.com Dec 06 2017 02:00:18
                 PERITUS PORTFOLIO SERVICES II, LLC,   PO BOX 141419,   Irving, Tx 75014-1419
14075506        EDI: Q3G.COM Dec 06 2017 01:49:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
14039183       +EDI: SEARS.COM Dec 06 2017 01:48:00     Sears / Cbna,   Po Box 6282,
                 Sioux Falls, SD 57117-6282
14039184       +EDI: SWCR.COM Dec 06 2017 01:48:00     Southwest Credit Systems,   4120 International Parkway,
                 Suite 1100,   Carrollton, TX 75007-1958
                                                                                              TOTAL: 21
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             Lakeview Loan Servicing, LLC
```

```
District/off: 0315-1           User: jmar                  Page 2 of 2                  Date Rcvd: Dec 05, 2017
                               Form ID: 309                Total Noticed: 37

cr*           PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    IRVING, TX   75014-1419
                                                                                        TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel P. Foster    on behalf of Joint Debtor Amanda Jean Fulmer dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Brandon Lee Fulmer dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```