**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BRANDON LEE FULMER
AMANDA JEAN FULMER
     Debtor(s)

Case No.:15-10492 TPA

Ronda J. Winnecour
     Movant

Document No.:

vs.
No Repondents.

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 05/01/2015  and confirmed on 07/09/2015 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 57,275.32 |
| Less Refunds to Debtor | 230.77 | |
| TOTAL AMOUNT OF PLAN FUND | | 57,044.55 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,363.11 | |
| Trustee Fee | 2,301.45 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,664.56 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 25,914.19 | 0.00 | 25,914.19 |
|   Acct: XXXXXXXX6/15 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 153.79 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXX5/15 | | | | |
| PERITUS PORTFOLIO SERVICES II LLC | 0.00 | 16,609.17 | 0.00 | 16,609.17 |
|   Acct: 1352 | | | | |
| M & T BANK | 21,207.94 | 9,351.05 | 1,505.58 | 10,856.63 |
|   Acct: 4945 | | | | |
| | | | | 53,379.99 |
| Priority | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRANDON LEE FULMER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRANDON LEE FULMER | 230.77 | 230.77 | 0.00 | 0.00 |
|   Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 2,500.00 | 1,363.11 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| CAVALRY SPV I LLC - ASSIGNEE** | 5,751.59 | 0.00 | 0.00 | 0.00 |
| Acct: 8780 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6386 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0043 | | | | |
| CLAIMS RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7213 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2171 | | | | |
| DEPARTMENT OF EDUCATION | 78,866.87 | 0.00 | 0.00 | 0.00 |
| Acct: 8878 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0608 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0910 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0518 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0912 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0203 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0626 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0203 | | | | |
| DISCOVER BANK(*) | 1,516.89 | 0.00 | 0.00 | 0.00 |
| Acct: 3585 | | | | |
| DISCOVER PERSONAL LOANS** | 22,122.56 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9177 | | | | |
| MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2593 | | | | |
| PA LIBERTY STREET EMERGENCY PHYSC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1610 | | | | |
| PNC BANK NA | 1,547.65 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5431 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2793 | | | | |
| M & T BANK | 35.58 | 0.00 | 0.00 | 0.00 |
| Acct: 4945 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 2,396.81 | 0.00 | 0.00 | 0.00 |
| Acct: 4197 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 67.94 | 0.00 | 0.00 | 0.00 |
| Acct: 2171 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 2,184.63 | 0.00 | 0.00 | 0.00 |
| Acct: 0957 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                              53,379.99

15-10492 TPA      **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**      Page 3 of 3

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 21,361.73 |
| UNSECURED | 114.490.52 |

Date: 02/16/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com